**No. 52437.**—Heinsheimer Bros., Inc., et al. *v.* United States, protests 819908–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.